1  GOLDSMITH & HULL, A P.C. File # CDCS298, CDCS299
   William I. Goldsmith    ( SBN 82183 )
2  Jack D. Hull          ( SBN 91879 )
   Howard D. Myers       (SBN 41811)
3  16933 Parthenia Street, Suite 110
   Northridge, CA 91343
4  Telephone:   (818) 990-6600
   Facsimile:   (818) 990-6140
5  **govdept1@goldsmithcalaw.com**

6  Attorneys for Plaintiff

7

8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11                                      EDCV 11-1939 VAP (OP)

12  UNITED STATES OF AMERICA,     )   CASE NO.:
                                  )
13            Plaintiff,          )
                                  )
14  v.                            )   COMPLAINT ON
                                  )   PROMISSORY NOTE (S)
15  CHAD COLLINS,                 )
                                  )
16                                )
            Defendant.            )
17  _____      )

18      For its claim, Plaintiff, acting on behalf of the DEPARTMENT OF

19  EDUCATION alleges as follow:

20      1. This court has jurisdiction under title 28 U.S.C. Section 1345 and Title 20

21  U.S.C. Section 1080, and the Defendant resides in the County of   SAN

22  BERNARDINO.

23      2. In consideration of student loans guaranteed by Plaintiff, Defendant

24  executed promissory note(s), copies of which are attached hereto as Exhibit(s) "1"

25  through "2" on the date(s) set forth on said note(s).

26      3. Said note(s) and all rights to the obligations undertaken therein were

27  thereafter assigned to Plaintiff.

28

No fee due

4. Defendant has defaulted in the payment of the obligations due under the said note(s) according the their terms.

5. Defendant owes to Plaintiff after applying all payments and proper credits the amounts hereinafter prayed for.

WHEREFORE, Plaintiff prays for judgment against Defendant as follow:

1. As to Plaintiff First Claim:

The principal amount of $2,780.39,  plus interest accrued from the default to APRIL 01,  2010, in the sum of $1,865.00 with further interest at 3.28% per annum accruing at $0.25  per day until entry of judgment; with interest thereafter at the legal rate plus penalties/administrative charges of $0.00.

2. As to Plaintiff's Second Claim:

The principal amount of $18,097.51, plus interest accrued from the default to APRIL 01, 2010, in the sum of $12,126.80 with further interest at 3.28% per annum accruing at $1.63  per day until entry of judgment; with interest thereafter at the legal rate plus penalties/administrative charges of $0.00.

3.And upon all claims;

A. For cost incurred.

B. For a surcharge of ten percent of the amount of the debt owed pursuant to 28  U.S.C. Section 3011, or attorneys fees.

C. For such other and further relief as to the Court seems just.

DATED: _____

GOLDSMITH & HULL, A.P.C.

William I. Goldsmith
Attorneys for Plaintiff

# EXHIBIT "1"

| STUDENT APPLICATION | APPLICATION/PROMISSORY NOTE STAFFORD STUDENT LOAN California Student Aid Commission, Guarantor | SUBMIT COPIES OF FORM TO SCHOOL FOR PROCESSING STUDENT RETAINS BLUE COPY |

**553110693**

...y for federal student aid and you purposely give false or misleading information, you may get a $10,000 fine, a prison ...nder state and federal codes.

**9804340120**   PRINT OR TYPE ALL ENTRIES

| 1. Soc al Security Number | 2. Applicant's Last Name **Collins** | First Name **Chad** | M I **K** |

| 3. Date of B rth  MO  DA  YR | 4. Permanent Home Address | 5. Home Phone |
| | City     State     ZIP Code | |

6. U S C tizenship (See Instruct ons)
A. U S Citizen or National ☐   B. E igible Non-Citizen ☑   C. Not A or B ☐
If you checked B st your Alen Registration Number

7. Address and Phone While Attending School (if known)
*Same as above*

| 8. State of Permanent Residence  State Code **CA**  S nce  MO  DA  YR | 9. Driver's License  State Code **CA**  Number | 10. Major Course of Study Code (See instructions) |

**11. REFERENCE REQUIREMENT**—All references must be in the United States and be at different addresses.

| 11A. Parent or Guardian ☐  Other Adult Relative ☑ | 11B. Other Parent f at different address from 11A ☐  Other Adult Relative ☑ | 11C. Other Ad'lt Relative ☐  Friend ☑ |
| Name  **Stephanie Jones** | **Mike Den Hartog** | **Larry Lukes** |
| Home Address | | |
| City, State, Zip Code | | |
| Phone | | |

12. Prior Student loan history. List all FISL/GSL loans you have received below (LIST MOST RECENT LOANS FIRST)

| A) Lender/Holder and Address | B) Guarantee Agency | C) Total Amount Owed | D) School Period of your most recent loan (MM/DD/YY) | | E) Interest Rate |
| | CSAC    Other | | Beginning Date | Ending Date | |
| | A      B | $ | | | 7%  8%  9%  10% |
| | A      B | $ | | | 7%  8%  9%  10% |
| | A      B | $ | | | 7%  8%  9%  10% |
| | A      B | $ | | | 7%  8%  9%  10% |

13. Do you have any outstand ng Stafford (GSL), SLS, or PLUS loan made for a period of enrollment prior to July 1, 1988 or Consolidat on loan wh ch rep ad loans made for a period of enrollment prior to July 1, 1988?   Yes ☐   No ☑

| 14. Requested Loan Amount  I request a loan  $ **2,500.**  LIST AMOUNT REQUESTED AND TRANSFER TO 18 | 15. Enrollment Period Covered by This Loan  From **08-93**  To **05-94**  MO  YR    MO  YR | 16. Have you ever DEFAULTED on an educat onal loan or do you owe a refund on any federal/state educat on grant?  Yes ☐  If yes, list name and state of holder or agency in space below ☑ No |

17 Name and City/State of Lender   **Bank of America NT & SA**

**PROMISSORY NOTE FOR A LOAN GUARANTEED BY THE CALIFORNIA STUDENT AID COMMISSION**
PROMISE TO PAY  I, the unders gned student borrower dentified above, PROMISE TO PAY to the order of my lender or to a subsequent holder, all of the LOAN AMOUNT REQUESTED (item 14 above)

18. Indicate the dollar amount requested—must be same as item 14

$ **2,500 .00**

or amount advanced to me, plus amounts described on the reverse side of th's Note and listed for me on the D sclosure Statement wh ch I will rece ve no later than when I rece ve my loan check(s). My s gnature cert fies that I have read, understood and agreed to the cond t ons and authorizat ons stated in the "BORROWER CERTIFICATION STATEMENT" on the reverse s de of th s note.

I understand that this is a promissory note. I will not sign this note before reading it including the writing on the reverse side, even if otherwise advised. I am entitled to an exact copy of this promissory note, the disclosure statement and any agreements I sign. By signing this note I acknowledge that I have received an exact copy of this document.

19 X **Chad Collins**   20 **9-20-93**
SIGNATURE OF STUDENT-BORROWER   DATE
NOTICE TO STUDENT-BORROWER  Read TERMS OF PROMISSORY NOTE on reverse s de.

**PART B—COMPLETED BY FINANCIAL AID OFFICER**   PRINT OR TYPE ALL ENTRIES

| 21. School Code **001272**  A  CALS | 22. Name **FINANCIAL AIDS OFFICE  SAN BERNARDINO VALLEY COLLEGE** | 23. Enrollment Status  Full Time ☑  Half Time or Greater ☐  Less Than Half Time ☐ | 24. Antic pated Completion Date **6-94**  MO  YR |

| 25. Grade Level  UNDERGRAD VOCATIONAL  1 ☐ 2 ☑ 3 ☐ 4 ☐ 5 ☐   GRAD or PROFESSIONAL  6 ☐ 7 ☐ 8 ☐ 9 ☐   COR  0 ☐ | 26. Dependency Status  Dependent ☐  Independent ☑ | 27. Enrollment Period Covered by Loan  From MO DA YR  To MO DA YR |

| 28. Family Adjusted Gross Income  $ **6596.** | 29. Estimated Cost of Attendance of Loan Period  $ **6043.** | 30. Estimated Financial Aid for Loan Period  $ **888.** | 31. Expected Family Contribution  $ **1930.** | 32. NET COST  $ **3,225.** |

| 33. D sbursement Date(s) | My s gnature cert fies that I have read and agreed to the conditions g ven n the School Certification Statement printed on the REVERSE of this application | 34. Signature of Author zed School Official  X **Maria Trujillo** | **MARIA TRUJILLO Financial Aid Specialist SEP 2 1 1993** Print Name, Title, Date |

**PART C—COMPLETED BY LENDER**   PRINT OR TYPE ALL ENTRIES

| 35. Lender Code/Name | 36. S gnature of Authorized Lend ng Offic al  X | Print Name, T tle, Date | 37. Loan Amount  $ | 38 % | 39 Antic pated Date(s) | 40 D sbursement Amount(s)  $  $  $ |

L-1 (8/91)

LENDER COPY

# TERMS OF THE PROMISSORY NOTE

**B  CHARGES AND COSTS**

**B 1  INTEREST**

**B 2  ORIGINATION FEE**

**B 3  INSURANCE PREMIUM**

**B 4  LATE CHARGES**

**B 5  OTHER COSTS**

**C  TERMS OF REPAYMENT**

**D  ACCELERATION/DEFAULT**

**E  CREDIT BUREAU NOTIFICATION**

**F  LEGAL PROCEEDINGS**

**O  PREPAYMENT**

**H  REPAYMENT BY DEPARTMENT OF DEFENSE**

**I  REPAYMENT BY THE STATE OF CALIFORNIA**

**J  DEFERMENT OF REPAYMENT**

**K  MODIFICATION OF REPAYMENT TERMS**

**L  FORBEARANCE**

**BORROWER'S CERTIFICATION STATEMENT**

**SCHOOL CERTIFICATION STATEMENT**

# EXHIBIT "2"

## Application and Promissory Note for Federal Stafford L...

(subsidized and unsubsidized)

...or misrepresentation on this form is ...der the United States Criminal Code

**5 5 3 1 1 0 6 9 3**

**Guarantor or Program Identification**

**980379 0109**

CALIFORNIA STUDENT AID COMMISSION
(916) 445-0880

### Borrower Section
Please print neatly or type. Read the instructions carefully.

| 1. Last Name | First Name | MI | 2. Social Security Number |
|---|---|---|---|
| COLLINS | CHAD | K | |

| 3. Permanent Street Address (if P.O. Box, see instructions.) | 4. Telephone Number | 5. Loan Period (Month/Year) |
|---|---|---|
| | | From: 08/95  To: 05/96 |

| City | State | Zip Code | 6. Driver's License Number (List state abbreviation first.) |
|---|---|---|---|

| 7. Lender Name | City | State | Zip Code | 8. Lender Code, if known | 9. Date of Birth (Month/Day/Year) |
|---|---|---|---|---|---|
| BANK OF AMERICA | | | | 800720 | |

**10. References:** You must provide two separate references with different U.S. addresses. The first reference should be a parent or legal guardian (if living). Both references must be completed fully.

| | 1. | 2. |
|---|---|---|
| Name | Cynthia Jones | Stephanie Jones |
| Permanent Address | | |
| City, State, Zip Code | | |
| Area Code/Telephone | | |
| Relationship to Borrower | friend | friend |

### Loan Assistance Requested

11. I request the following loan type(s), to the extent I am eligible (see instructions).
☒ a. Subsidized Federal Stafford    ☒ b. Unsubsidized Federal Stafford

12. I request a total amount under these loan types not to exceed (see instructions for loan maximums): My school will certify my eligibility for each loan type for which I am applying. The amount and other details of my loan(s) will be described to me in a disclosure statement.
$ 5744 .00

13. If I check yes, I am requesting postponement (deferment) of repayment for my Stafford and prior SLS loan(s) during the in-school and grace periods. If I check no, I do not want to defer repayment.
☐ a. Yes, I want a deferment    ☐ b. No, I do not want a deferment

14. If I check yes, I am requesting that the lender add the interest on my unsubsidized Stafford and prior SLS loan(s) which accrues during the in-school and deferment periods, to my loan principal (capitalization). If I check no, I prefer to pay the interest.
☐ a. Yes, I want my interest capitalized    ☐ b. No, I prefer to pay the interest

15. If my school participates in electronic funds transfer (EFT), I authorize the school to transfer the loan proceeds received by EFT to my student account.
☒ a. Yes, transfer funds    ☐ b. No, do not transfer funds

### Promissory Note
*Continued on the reverse side.*

**Promise to Pay:** I promise to pay to the lender, or a subsequent holder of this Promissory Note, all sums disbursed (hereafter "loan" or "loans") under the terms of this Note, plus interest and other fees which may become due as provided in this Note. If I fail to make payments on this Note when due, I will also pay reasonable collection costs, including attorney's fees, court costs, and collection fees. I understand I may cancel or reduce the size of any loan by refusing to accept any disbursement that is issued. I understand that this is a Promissory Note. I will not sign this Note before reading it, including the writing on the reverse side, even if otherwise advised. I am entitled to an exact copy of this Promissory Note and the Borrower's Rights and Responsibilities. My signature certifies I have read, understand, and agree to the terms and conditions of this Application and Promissory Note, including the Borrower Certification and Authorization printed on the reverse side and the accompanying Borrower's Rights and Responsibilities statement.

**THIS IS A LOAN(S) THAT MUST BE REPAID.**

16. Borrower's Signature: *Chad K Collins*    Today's Date (Month/Day/Year): 7-17-95

### School Section
*To be completed by an authorized school official.*

| 17. School Name | 23. School Code/Branch | 28. Telephone Number |
|---|---|---|
| UNIVERSITY OF SOUTHERN CALIFOR... | 001228 00 | ( ) |

| 18. Street Address | 24. Cost of Attendance | 29. Recommended Disbursement Date(s) (Month/Year) |
|---|---|---|
| OFFICE OF FINANCIAL AID | 28194 00 | 1st 08/20/95  2nd 01/02/96 |

| City | State | Zip Code | 25. Federal Expected Family Contribution | 3rd | 4th |
|---|---|---|---|---|---|
| LOS ANGELES | CA. | 90089-0914 | 0 PLUS | | |

| 19. Loan Period (Month/Year) | 26. Estimated Financial Aid | 30. School Certification (See box on the reverse side.) |
|---|---|---|
| From: 08/20/95  To: 05/09/96 | $ 22450 .00 | ELECTRONIC SCHOOL CERTIFICATION |

| 20. Grade Level | 27. Certified Loan Amounts | Signature of Authorized School Official |
|---|---|---|
| 2 | a. Subsidized $ 3500 .00 | |

| 21. Enrollment Status (Check one) | | b. Unsubsidized $ 2244 .00 | Print or Type Name and Title |
|---|---|---|---|
| ☒ Full Time  ☐ At Least Half Time | | | |

| 22. Anticipated Completion (Graduation) Date (Month/Year) | Date | Check box if electronically transmitted to guarantor: ☐ |
|---|---|---|
| 08/30/98 | 06/29/95 | |

### Lender Section
*To be completed by an authorized lending official.*

| 31. Lender Name | 32. Lender Code/Branch | 33. Telephone Number | 34. Lender Use Only |
|---|---|---|---|
| BANK OF AMERICA | 800720 | | 5801 |
| Street Address | | | |
| PO BOX 12229 | 35. Amount(s) Approved  a. Subsidized $ 3500 .00  b. Unsubsidized $ 2244 .00 | | |

| City | State | Zip Code | 36. Print or Typed Name, Title and Date: Felicia H Smith LD OPS Rep SMITH 7/22/95 |
|---|---|---|---|
| KILLEEN | TX | 76547-2229 | |

# Promissory Note *(continued)*

### Disclosure of Terms

This Note applies to subsidized and unsubsidized Federal Stafford Loans. I agree that the lender or any subsequent holder may assign my loan(s) and acknowledge that either loan may be assigned independently of the other loan to which this Note applies.

At or before the time of my first disbursement, the lender will send me a disclosure statement identifying additional terms of each loan. Important additional information is also disclosed in the statement of Borrower's Rights and Responsibilities accompanying this Note

### Interest

Unless my lender notifies me in writing of a lower rate(s), the rate(s) of interest for my loan(s) are those specified in the Higher Education Act of 1965, as amended, and applicable U.S. Department of Education regulations (collectively referred to as the Act). The rate is presented in the statement of Borrower's Rights and Responsibilities.

Interest accrues on the unpaid principal balance of each loan from the date of disbursement by the lender until the entire principal balance is paid in full. I agree to pay all interest charges on my unsubsidized Federal Stafford loan. Interest charges on my subsidized Federal Stafford loan except interest charges that are paid on my behalf under the Act.

Unless I make interest payments, interest accrues on my unsubsidized Federal Stafford loan. I agree the principal balance of my loan increase by capitalization. I begin paying interest upon disbursement. If I fail to make required payments of interest before the beginning of principal repayment, or during a period of authorized deferment or forbearance, I agree that the lender may capitalize such interest to the extent permitted by the Act.

### Origination Fee and Guarantee Commission

For each loan, the lender may deduct charges an origination fee equal to the amount required by law. The guaranty agency that guarantees my loan(s) (the guarantor) may charge a guarantee fee not to exceed a maximum amount specified in the Act. I will pay these fees, as identified on the disclosure statement, which will be deducted proportionately from each disbursement of my loan(s). I understand the origination and guarantee fees are refundable only if a disbursement is cancelled or repaid in full within 120 days of disbursement.

### Late Charges and Collection Costs

If I fail to make any part of an installment payment within 10 days after it becomes due, the holder may collect from me a late charge not to exceed 6% of each late installment. If I default on a loan(s), I shall pay reasonable collection fees and costs, plus court costs and attorney fees.

### Repayment

I am obligated to repay the full amount of the loan(s) and accrued interest. Federal Stafford Loans have a repayment grace period, usually until six months after I end enrollment as at least a half-time student at an eligible school. My grace period will be disclosed in my disclosure statement.

I will repay the principal of my loan(s) in periodic installments during a repayment period(s) that begins on the day immediately following the end of my grace period. My principal repayment period for each loan generally lasts five years but may not exceed 10 years, exclusive of any period of deferment or forbearance.

The holder of my loan(s) will provide me with a repayment schedule that identifies my payment amounts and due dates. The minimum annual payment required on all my Federal Stafford, PLUS, and SLS Loans is $600 or the amount of interest due and payable, whichever is larger. If I am eligible and I request it, my lender must provide me with a graduated or income-sensitive repayment schedule consistent with the provisions of the Act.

My repayment schedule may include all of my Federal Family Education Loans that are owned by the holder of this Note. I agree that the holder may grant me a forbearance for purposes of aligning payment dates on my loans or to eliminate a delinquency that persists even though I am making scheduled payments.

I may prepay all or any part of the unpaid balance on my loans at any time without penalty. If I do not specify which loans I am prepaying, the holder will determine how to apply the prepayment.

### Acceleration and Default

At the option of the holder, the entire unpaid balance shall become immediately due and payable upon the occurrence of any one of the following events: (i) I fail to enroll as at least a half-time student at the school that certified my Application; (ii) I fail to use the proceeds of the loan(s) solely for educational expenses; (iii) I make a false representation(s) that results in my receiving a loan(s) for which I am not eligible; or (iv) I default on the loan(s).

The following events shall constitute a default on a loan: (i) I fail to pay the entire unpaid balance after the holder has exercised its option under the preceding paragraph; or (ii) I fail to make installment payments when due, or fail to comply with other terms of the loan(s), and the guarantor reasonably concludes I no longer intend to honor my repayment obligation, provided my failure has persisted for at least 180 days for payments due monthly or 240 days for payments due less frequently than monthly. If I default, the guarantor may purchase my loan, and capitalize all then-outstanding interest into a new principal balance, and collection fees will become immediately due and payable.

If I default, this will be reported to national credit bureaus organizations and will significantly and adversely affect my credit history. I acknowledge that a default shall have additional adverse consequences to me as disclosed in the statement of Borrower's Rights and Responsibilities. Following default, the loan(s) may be subject to income-contingent repayment (including potential collection of amounts in excess of the principal and interest) in accordance with the Act.

### Governing Law and Notices

The terms of this Note will be interpreted in accordance with the Higher Education Act of 1965, as amended [20 U.S.C 1070 et seq.], other applicable federal statutes and regulations, and the guarantor's policies. Applicable state law, except as preempted by federal law, may provide for certain borrower rights, remedies, and defenses in addition to those stated in this Note.

If this loan is made by the school, or if the proceeds of this loan are used to pay tuition and charges for a for-profit school that refers loan applicants to the lender, or that is affiliated with the lender by common control, contract, or business arrangement, any holder of this Note is subject to all claims and defenses which I could assert against the school. My recovery under this provision shall not exceed the amount I paid on this loan.

If I reside in the state in which the principal office of the guarantor is located, the guarantor may sue to enforce this loan in the county in which the guarantor's office is located; however, if I object to being sued there and I mail a written objection to the guarantor that is postmarked no later than 30 days after I am served with the suit, the guarantor will either have the suit transfer the suit to the county in which I live or will dismiss the lawsuit.

Any notice required to be given to me will be effective if mailed by first class mail to the latest address I have provided to the holder of this Note, or if the holder reasonably determines that this address is no longer my address, to the latest address secured by the holder from the Department of Education other reliable source. Failure by the holder to enforce or insist on compliance with any term on this Note shall not be a waiver of any right of the holder. No provision of this Note may be modified or waived except in writing. If any provision of this Note is determined to be unenforceable, the remaining provisions shall remain in force

### Borrower Certification and Authorization

I declare under penalty of perjury that the following is true and correct:

(1)  I certify that the information contained in the Borrower Section of the Application is true, complete, and correct to the best of my knowledge and belief and is made in good faith

(2)  I certify that I will immediately repay any loan proceeds that cannot reasonably be attributed to educational expenses for attendance on at least a half-time basis at the certifying school for the loan period certified on the Application.

(3)  I certify that the total amount of loans I receive under this Note will not exceed the allowable maximums under the Act

(4)  I certify that I do not now owe a refund on a Federal Pell Grant, Basic Educational Opportunity Grant, Supplemental Educational Opportunity Grant, or a State Student Incentive Grant and that I am not now in default on any loan received under the Federal Perkins Loan Program (including NDSL loans), the Federal Direct Loan Program, or the Federal Family Education Loan Program (or "FFELP" as defined in the statement of Borrower's Rights and Responsibilities) or, if I am in default, I have made payment arrangements that are satisfactory to the holder.

(5)  I authorize my school to pay to the holder any refund, that may be due to me, up to the amount of the loan(s)

(6)  I authorize the holder(s) of my loan(s), the guarantor, or their agents, to investigate my credit record and report information concerning my loan status to proper persons and organizations

(7)  I authorize the release of information pertinent to this loan (i) by the school, lender holder, and the guarantor, or their agents, to members of my immediate family unless I prevent written objections; (ii) by and among my schools, lenders, guarantors, subsequent holders, and the U.S. Department of Education, and their agents;

(8)  So that the loan(s) requested can be approved, I authorize the Department of Education to send any information about me it has under the Privacy Act in its "Applicant for Federal Student Aid" records to state and nonprofit credit organizations that administer financial aid programs under the Act.

### School Certification

I hereby certify that the borrower named on this Application is accepted for enrollment on at least a half-time basis and is making satisfactory progress in a program that is eligible for the loan type(s) certified. I certify that the student is an eligible borrower in accordance with the Act. I further certify that the borrower's eligibility for a Pell Grant has been determined, that the borrower is not incarcerated, and that the borrower has been determined eligible for loan(s) in the amount(s) certified. I further certify that the disbursement schedule complies with the requirements of the Act and hereby authorize the guarantor to adjust disbursement dates

if necessary to ensure compliance with the Act. I further certify that, based on records available and due inquiry, the borrower has met the requirements of the Selective Service Act, that the borrower is not liable to an over-payment of any federal grant made under the Act and that the information provided in the Borrower and the School Section of the Application (including information supplied in electronic format) is true, complete, and accurate to the best of my knowledge and belief. I agree to provide the borrower with confirmation of any transfer of funds through EFT to the borrower's student account.

# Application and Promissory Note for Federal Stafford Loans *(subsidized and unsubsidized)*

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment under the United States Criminal Code and 20 U.S.C. 1097.

CALIFORNIA STUDENT AID COMMISSION

9803790110

## Borrower Section

*Please print neatly or type. Read the instructions carefully.*

| 1. Last Name COLLINS | First Name CHAD | MI K | 2. Social Security Number |
|---|---|---|---|

3. Permanent Street Address (If P.O. Box, see instructions.)

4. Telephone Number

5. Loan Period (Month/Year) From 08/96 To: 05/97

City | State | Zip Code

6. Driver's License Number (List state abbreviation first.)

| 7. Lender Name BANK OF AMERICA | City | State | Zip Code | 8. Lender Code, if known 800720 | 9. Date of Birth (Month/Day/Year) |
|---|---|---|---|---|---|

10. References: You must provide two separate references with different U.S. addresses. The first reference should be a parent or legal guardian (if living). Both references must be completed fully.

| | 1. | 2. |
|---|---|---|
| Name | LA Vida Den Hartog | Stephanie Jones |
| Permanent Address | | |
| City, State, Zip Code | | |
| Area Code/Telephone | | |
| Relationship to Borrower | Sister | friend |

## Loan Assistance Requested

11. I request the following loan type(s), to the extent I am eligible (see instructions):
☒ a. Subsidized Federal Stafford  ☒ b. Unsubsidized Federal Stafford

12. I request a total amount under these loan types not to exceed (see instructions for loan maximums): My school will certify my eligibility for each loan type for which I am applying. The amount and other details of my loan(s) will be described to me in a disclosure statement
$ 10,500 .00

13. If I check yes, I am requesting postponement (deferment) of repayment for my Stafford and prior SLS loan(s) during the in-school and grace periods. If I check no, I do not want to defer repayment.
☒ a. Yes, I want a deferment  ☐ b. No, I do not want a deferment

14. If I check yes, I am requesting that the lender add the interest on my unsubsidized Stafford and prior SLS loan(s) which accrues during the in-school and deferment periods, to my loan principal (capitalization). If I check no, I prefer to pay the interest.
☒ a. Yes, I want my interest capitalized  ☐ b. No, I prefer to pay the interest

15. If my school participates in electronic funds transfer (EFT), I authorize the school to transfer the loan proceeds received by EFT to my student account.
☒ a. Yes, transfer funds  ☐ b. No, do not transfer funds

## Promissory Note

Promise to Pay: I promise to pay to the lender, or a subsequent holder of this Promissory Note, all sums disbursed (hereafter "loan" or "loans") under the terms of this Note, plus interest and other fees which may become due as provided in this Note. If I fail to make payments on this Note when due, I will also pay reasonable collection costs, including attorney's fees, court costs, and collection fees. I understand I may cancel or reduce the size of any loan by refusing to accept any disbursement that is issued. I understand that this is a Promissory Note. I will not sign this Note before reading it, including the writing on the reverse side, even if otherwise advised. I am entitled to an exact copy of this Promissory Note and the Borrower's Rights and Responsibilities. My signature certifies I have read, understand, and agree to the terms and conditions of this Application and Promissory Note, including the Borrower Certification and Authorization printed on the reverse side and the accompanying Borrower's Rights and Responsibilities statement.

**THIS IS A LOAN(S) THAT MUST BE REPAID.**

16. Borrower's Signature *Chad K Collins*    Today's Date (Month/Day/Year) 7-29-96

## School Section

*To be completed by an authorized school official.*

| 17. School Name UNIVERSITY OF SOUTHERN CALIFOR | 23. School Code/Branch 001328 00 | 28. Telephone Number |
|---|---|---|

18. Street Address OFFICE OF FINANCIAL AID

24. Cost of Attendance $ 29,044 .00

29. Recommended Disbursement Date(s) (Month/Day/Year)
1st 08/18/96  2nd 12/30/96
3rd _____  4th _____

City LOS ANGELES  State CA  Zip Code 90089-0914

25. Federal Expected Family Contribution $ 0 .00

| 19. Loan Period From: 08/28/96  To: 05/08/97 | 26. Estimated Financial Aid $ 18,544 .00 | 30. School Certification (See box on the reverse side.)  ELECTRONIC SCHOOL CERTIFICATION |
|---|---|---|

20. Grade Level 5

27. Certified Loan Amounts
a. Subsidized $ 5,500 .00
b. Unsubsidized $ 5,000 .00

Signature of Authorized School Official

Print or Type Name and Title

21. Enrollment Status (Check one.)
☒ Full Time  ☐ At Least Half-Time

22. Anticipated Completion (Graduation) Date (Month/Day/Year) 08/30/98

Date 06/20/96  Check box if electronically transmitted to guarantor ☐

## Lender Section

*To be completed by an authorized lending official.*

| 31. Lender Name BANK OF AMERICA | 32. Lender Code/Branch 800720 | 33. Telephone Number | 34. Lender Use Only 001328000000001BS |
|---|---|---|---|

Street Address

35. Amount(s) Approved
a. Subsidized $ .00  b. Unsubsidized $ .00

City | State | Zip Code

36. Signature of Authorized Lending Official    Print or Type Name, Title, and Date

1/31/94

S96113614

**1st – Lender Original**

# Promissory Note *(continued)*

## Disclosure of Terms

This Note applies to subsidized and unsubsidized Federal Stafford Loans. I agree that the lender or any subsequent holder may assign my loan(s) and acknowledge that either loan may be assigned independently of the other loan to which this Note applies.

At or before the time of my first disbursement, the lender will send me a disclosure statement identifying additional terms of each loan. Important additional information is also disclosed in the statement of Borrower's Rights and Responsibilities accompanying this Note.

## Interest

Unless my lender notifies me in writing of a lower rate(s), the rate(s) of interest for my loan(s) are those specified in the Higher Education Act of 1965, as amended, and applicable U.S. Department of Education regulations (collectively referred to as the Act). The rate is presented in the statement of Borrower's Rights and Responsibilities.

Interest accrues on the unpaid principal balance of each loan from the date of disbursement by the lender until the entire principal balance is paid in full. I agree to pay all interest charges on my unsubsidized Federal Stafford Loan. I agree to pay all interest charges on my subsidized Federal Stafford Loan except interest payable by the federal government under the Act.

Unless I have requested that the interest that accrues on my unsubsidized Federal Stafford Loan be added to the principal balance of my loan (referred to as capitalization), I will begin paying interest upon disbursement. If I fail to make required payments of interest before the beginning of principal repayment, or during a period of authorized deferment or forbearance, I agree that the holder may capitalize such unpaid interest to the extent permitted by the Act.

I hereby assign in favor of the Origination Fees and Guarantee Fees

For each loan I receive by the execution of this loan, I agree to pay an origination fee equal to the amount required by the Act. The guaranty agency that guarantees my loan(s) (the guarantor) may charge a guarantee fee not to exceed the maximum amount specified in the Act. I will be notified of the amount of these fees. This disclosure statement, which will be deducted proportionately from each disbursement of my loan(s). I understand that if my loan is cancelled or repaid in full prior to complete disbursement, my origination and guarantee fees before the complete disbursement is cancelled or repaid in full prior to complete disbursement.

Rancho Cordova, CA 95741-9032

## Late Charges and Collection Costs

If I fail to make any part of an installment payment within 10 days after it becomes due, the holder may collect from me a late charge not to exceed 6% of each late installment. If I default on a loan(s), I shall pay reasonable collection fees and costs, plus court costs and attorney fees.

## Repayment

I am obligated to repay the full amount of the loan(s) and accrued interest. Federal Stafford Loans have a repayment grace period, usually until six months after I end enrollment as at least a half-time student at an eligible school. My grace period will be disclosed in my disclosure statement.

I will repay the principal of my loan(s) in periodic installments during a repayment period(s) that begins on the day immediately following the end of my grace period. My principal repayment period for each loan generally lasts five years but may not exceed 10 years, exclusive of any period of deferment or forbearance.

The holder of my loan(s) will provide me with a repayment schedule that identifies my payment amounts and due dates. The minimum annual payment required on all my Federal Stafford, PLUS, and SLS Loans is $600 or the amount of interest due and payable, whichever is larger. If I am eligible and I request it, my lender must provide me with a graduated or income-sensitive repayment schedule consistent with the provisions of the Act.

My repayment schedule may include all of my Federal Family Education Loans that are owned by the holder of this Note. I agree that the holder may grant me a forbearance for purposes of aligning payment dates on my loans or to eliminate a delinquency that persists even though I am making scheduled payments.

I may prepay all or any part of the unpaid balance on my loans at any time without penalty. If I do not specify which loans I am prepaying, the holder will determine how to apply the prepayment.

## Acceleration and Default

At the option of the holder, the entire unpaid balance shall become immediately due and payable upon the occurrence of any one of the following events: (i) I fail to enroll as at least a half-time student at the school that certified my Application; (ii) I fail to use the proceeds of the loan(s) solely for educational expenses; (iii) I make a false representation(s) that results in my receiving a loan(s) for which I am not eligible; or (iv) I default on the loan(s).

The following events shall constitute a default on a loan: (i) I fail to pay the entire unpaid balance after the holder has exercised its option under the preceding paragraph; or (ii) I fail to make installment payments when due, or fail to comply with other terms of the loan(s), and the guarantor reasonably concludes I no longer intend to honor my repayment obligation, provided my failure has persisted for at least 180 days for payments due monthly or 240 days for payments due less frequently than monthly. If I default, the guarantor may purchase my loan, and capitalize all then-outstanding interest into a new principal balance, and collection fees will become immediately due and payable.

If I default, this will be reported to national credit bureau organizations and will significantly and adversely affect my credit history. I acknowledge that a default shall have additional adverse consequences to me as disclosed in the statement of Borrower's Rights and Responsibilities. Following default, the loan(s) may be subject to income-contingent repayment (including potential collection of amounts in excess of the principal and interest) in accordance with the Act.

## Governing Law and Notices

The terms of this Note will be interpreted in accordance with the Higher Education Act of 1965, as amended [20 U.S.C. 1070 et seq.], other applicable federal statutes and regulations, and the guarantor's policies. Applicable state law, except as preempted by federal law, may provide for certain borrower rights, remedies, and defenses in addition to those stated in this Note.

If this loan is made by the school, or if the proceeds of this loan are used to pay tuition and charges of a for-profit school that refers loan applicants to the lender, or that is affiliated with the lender by common control, contract, or business arrangement, any holder of this Note is subject to all claims and defenses which I could assert against the school. My recovery under this provision shall not exceed the amount I paid on this loan.

If I reside in the state in which the principal office of the guarantor is located, the guarantor may sue to enforce this loan in the county in which the guarantor's office is located. However, if I object to being sued there and I mail a written objection to the guarantor that is postmarked no later than 30 days after I am served with the suit, the guarantor will either have the court transfer the suit to the county in which I live or will dismiss the lawsuit.

Any notice required to be given to me will be effective if mailed by first class mail to the latest address I have provided to the holder of this Note, or if the holder reasonably determines that this address is no longer my address, to the latest address secured by the holder from the Department of Education or other reliable source. I agree that the holder to enforce or insist on compliance with any term on this Note shall not be waiver of any right of the holder. No provision of this Note may be modified or waived except in writing. If any provision of this Note is determined to be unenforceable, the remaining provisions shall remain in force.

## Borrower Certification and Authorization

I declare under penalty of perjury that the following is true and correct:

(1) I certify that the information contained in the Borrower Section of the Application is true, complete, and correct to the best of my knowledge and belief and is made in good faith.

(2) I certify that I will immediately repay any loan proceeds that cannot reasonably be attributed to educational expenses for attendance on at least a half-time basis at the certifying school for the loan period certified on the Application.

(3) I certify that the total amount of loans I receive under this Note will not exceed the allowable maximums under the Act.

(4) I certify that I do not now owe a refund on a Federal Pell Grant, Basic Educational Opportunity Grant, Supplemental Educational Opportunity Grant, or a State Student Incentive Grant and that I am not now in default on any loan received under the Federal Perkins Loan Program (including NDSL loans), the Federal Direct Loan Program, or the Federal Family Education Loan Program (or "FFEL" as defined in the statement of Borrower's Rights and Responsibilities) or, if I am in default, I have made payment arrangements that are satisfactory to the holder.

(5) I authorize my school to pay to the holder any refund, that may be due to me, up to the amount of the loan(s).

(6) I authorize the holder(s) of my loan(s), the guarantor, or their agents, to investigate my credit record and report information concerning my loan status to proper persons and organizations.

(7) I authorize the release of information pertinent to this loan: (i) by the school, current holder, and the guarantor, or their agents, to members of my immediate family unless I submit written directions otherwise; and, (ii) by and amongst my schools, lenders, guarantors, subsequent holders, the Department of Education, and their agents.

(8) So that the loan(s) requested can be approved, the [...] authorize the Department of Education to send my information to and release information from the [...] nonprofit organizations under [...] programs under [...]

## School Certification

I hereby certify that the borrower named on this Application is accepted for enrollment on at least a half-time basis and is making satisfactory progress in a program that is eligible for the loan type(s) certified. I certify that the borrower is an eligible borrower in accordance with the Act. I further certify that the borrower's eligibility for a Pell Grant has been determined, that the borrower is not incarcerated, and that the borrower has been determined eligible for loan(s) in the amount(s) certified. I further certify that the disbursement schedule complies with the requirements of the Act and hereby authorize the guarantor to adjust disbursement dates if necessary to ensure compliance with the Act. I further certify that, based on records available and due inquiry, the borrower has met the requirements of the Selective Service Act, that the borrower is not liable for an overpayment of any federal grant made under the Act, and that the information provided in the Borrower and the School Sections of the Application (including information supplied in electronic format) is true, complete, and accurate to the best of my knowledge and belief. I agree to provide the borrower with confirmation of any transfer of funds through EFT to the borrower's student account.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Virginia A. Phillips and the assigned discovery Magistrate Judge is Oswald Parada.

The case number on all documents filed with the Court should read as follows:

## EDCV11- 1939 VAP (OPx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===========================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [ ] **Southern Division** | [X] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
UNITED STATES OF AMERICA

**DEFENDANTS**
CHAD COLLINS

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):
SAN BERNARDINO

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
GOLDSMITH & HULL A.P.C.
16933 PARTHENIA ST., STE 110
NORTHRIDGE CA, 91343
(818) 990-6600 FAX:(818) 990-6140
govdept1@goldsmithcalaw.com

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☒ MONEY DEMANDED IN COMPLAINT: $ 34,869.70

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
COMPLAINT ON FEDERALLY INSURED STUDENT LOAN- DEPARTMENT OF EDUCATION TITLE 20 U.S.C. SECTION 1071 AND TITLE 20 U.S.C. SECTION 1080

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | BANKRUPTCY | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 810 Selective Service | ☒ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | FORFEITURE/PENALTY | PROPERTY RIGHTS |
| ☐ 850 Securities/Commodities /Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 891 Agricultural Act | ☐ 190 Other Contract | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 892 Economic Stabilization Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 444 Welfare | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 895 Freedom of Information Act | ☐ 220 Foreclosure | | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 865 RSI (405(g)) |
| ☐ 890 Other Statutory Actions | ☐ 245 Tort Product Liability | | | | FEDERAL TAX SUITS |
| | ☐ 290 All Other Real Property | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes

If yes, list case number(s):

CV11- 1929

**FOR OFFICE USE ONLY:** Case Number:

CV-71 (01/03)    CIVIL COVER SHEET    Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

### AFTER COMPLETING THE FRONT SIDE OF FORM JS-44C, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☒ No ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)     ☐ A. Appear to arise from the same or substantially identical transactions, happenings, or events;

                                     ☐ B. Involve the same or substantially the same parties or property;

                                     ☐ C. Involve the same patent, trademark or copyright;

                                     ☐ D. Call for determination of the same or substantially identical questions of law, or

                                     ☐ E. Likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☒ Check here if the U.S. government, its agencies or employees is a named plaintiff.

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.
    SAN BERNARDINO

List the California County, or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.
    SAN BERNARDINO

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____ Date _11/21/2011_

    **Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |